**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Michael Jackson,

Plaintiff,

Case No. 6:26-cv-01378-GAP-NWH

v.

Equifax Information Services, LLC,

Defendant.
_______________________________________/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09, the Plaintiff hereby notifies this Court that the Parties have settled the claims in this case.

Respectfully submitted July 15, 2026, by:

*/s/ Thomas M. Bonan*
Thomas M. Bonan
FL Bar # 118103
SERAPH LEGAL, P. A.
3505 East Frontage Road, Suite 145,
Tampa, Florida 33607
Tel: 813-321-2347
Fax: 855-500-0705
tbonan@seraphlegal.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document will be served via email transmission by the CM/ECF system.

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103